UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS SENIOR, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERBIVORE BOTANICALS, LLC,<br><br>Defendant. | 24-CV-218 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On January 18, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than May 17, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 19, 2024
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge